IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01687-CMA-NYW | Date: | December 30, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| RICHARD EVANS, M.D., | Robert M. Baldwin |
| **Plaintiff,** | |
| v. | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | Stacy Anne Carpenter |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 10:43 a.m.

Appearance of counsel.

Discussion and argument held on Plaintiff's Motion to Amend Complaint [28] filed November 24, 2015.

**ORDERED: Plaintiff's Motion to Amend Complaint [28] is TAKEN UNDER ADVISEMENT.**

Court in Recess: 10:59 a.m.        Hearing concluded.        Total time in Court:   00:16

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.